UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONNELL D. JOHNSON,

    Petitioner,

  v.

ERIC ARNOLD,

    Respondent.

No. 2:15-cv-1635-EFB P

ORDER

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 26, 2015, petitioner requested an extension of time to file his traverse.

Good cause appearing, it is ORDERED that petitioner's request (ECF No. 14) is granted and petitioner has 30 days from the date this order is served to file his traverse.

Dated: October 27, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE