UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNELL D. JOHNSON,<br><br>    Petitioner,<br><br>  v.<br><br>ERIC ARNOLD,<br><br>    Respondent. | No. 2:15-cv-1635-EFB P<br><br><br>ORDER |

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 28, 2015, petitioner filed a motion "for stay and abeyance to add claims." ECF No. 18. Good cause appearing, respondent will be ordered to file a response to this motion within thirty days.

    Accordingly, IT IS ORDERED that respondent shall file a response to petitioner's motion for stay and abeyance within thirty days from the filed date of this order.

DATED: August 8, 2016.

_[signature]_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE